4    APPELLATE COURTS OF ILLINOIS.

Wis. Iron & Wire Wks. v. George W. Stiles Con. Co., 187 Ill. App. 4.

## Wisconsin Iron and Wire Works, Defendant in Error, v. George W. Stiles Construction Company, Plaintiff in Error.

### Gen. No. 19,470.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOSEPH S. LABUY, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1913. Affirmed on remittitur. Opinion filed May 19, 1914.

### Statement of the Case.

Action brought in the Municipal Court of Chicago by Wisconsin Iron and Wire Works, a corporation, against George W. Stiles Construction Company, a corporation, to recover $71.30, claimed to be a balance due on a contract for the furnishing by the plaintiff to the defendant of certain ornamental iron work for a post office. Proof of plaintiff's *prima facie* case was waived on the trial. To reverse a judgment in favor of plaintiff for the amount sued for, defendant brings error.

SHERIFF, DENT, DOBYNS & FREEMAN, for plaintiff in error.

HENRY M. HAGAN, for defendant in erorr.

MR. PRESIDING JUSTICE SMITH delivered the opinion of the court.

### Abstract of the Decision.

SALES, § 329*—*when evidence insufficient to sustain a recovery for the amount sued for.* In an action to recover $71.30 claimed to be a balance due for ornamental iron work furnished to defendant, where plaintiff's *prima facie* case was waived, and defendant introduced in evidence letters of plaintiff showing that plaintiff had credited the account with items amounting to $12.50, *held* that a judgment in favor of plaintiff for the amount sued for could not be sustained, and the judgment was affirmed on condition of remittitur of $12.50.

*See Illinois Notes Digest, Vols XI to XV, and Cumulative Quarterly, same topic and section number.